

*Thursday, October 10, 1991*
## MOTION DOCKET

**89-2136.** State v. Bonnell. *Cuyahoga County,* No. 55927. On motion for stay. Motion granted.

**90-471.** State v. Frazier. *Cuyahoga County,* No. 54771. On motion for stay. Motion granted.

**90-1433.** State v. Smith. *Hamilton County,* No. C-880287. On motion for stay. Motion granted.

**91-1750.** Newbold v. Keller. In Mandamus and Prohibition. On motion to clarify court order and on motion to reconsider. *Sua sponte,* alternate writ dissolved.

HOLMES, J., would grant the motion to clarify.

## DISCIPLINARY DOCKET

**90-2531.** Cincinnati Bar Assn. v. Sullivan. Sharon A. Sullivan is found in contempt for failure to pay board costs. If she does not purge herself within ten days by paying her costs in full, she shall be forthwith suspended from the practice of law for an indefinite period.

**91-1743.** Cincinnati Bar Assn. v. Bregger. On request for extension of time. Request granted for thirty days.

**91-1745.** Mahoning Cty. Bar Assn. v. Cregan. On request for extension of time and on request for leave to file instanter. Requests granted.

WRIGHT, J., not participating.

**91-1963.** In re Williams. Pursuant to the provisions of Gov.Bar R. V (9)(a)(iii), Kevin A. Williams, Registration No. 0040877, is indefinitely suspended from the practice of law.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

**91-1965.** In re Williams. Pursuant to the provisions of Gov.Bar R. V(9)(a)(iii), Farris E. Williams, Registration No. 0029147, is indefinitely suspended from the practice of law.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

**91-1966.** In re Jones. Pursuant to the provisions of Gov.Bar R. V(9)(a)(iii), Ralph Jones, Registration No. 0029158, is indefinitely suspended from the practice of law.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

**91-1972.** In re Camera. Pursuant to the provisions of Gov.Bar R. V(9)(a)(iii), Michael James Camera, Registration No. 0000476, is indefinitely suspended from the practice of law.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

*Friday, October 11, 1991*
## MOTION DOCKET

**91-1970.** State, ex rel. Pusey, v. Cronin. In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of relator's request for injunctive relief,

IT IS ORDERED by the court, effective October 10, 1991, that said request for injunctive relief be, and the same is hereby, denied.

HOLMES and WRIGHT, JJ., dissent.